upon a dismissal of the complaint by the court at a Trial Term without a jury.

*Franklin Pierce* for appellant.

*George L. Rives, Corporation Counsel* (*Theodore Connoly* and *W. B. Crowell* of counsel), for respondent.

Judgment affirmed, with costs, on the sole ground that the salary was not increased; no opinion.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

EDWARD WAGNER, by his Guardian ad Litem, LOUIS EHR-HARDT, Respondent, *v.* METROPOLITAN STREET RAILWAY COMPANY, Appellant.

*Wagner* v. *Metropolitan Street Ry. Co.*, 79 App. Div. 591, affirmed.
(Argued November 12, 1903; decided December 1, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 14, 1903, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial.

*Charles F. Brown, Arthur Ofner* and *Henry A. Robinson* for appellant.

*Henry A. Powell* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and WERNER, JJ.

---

JAMES A. SANDLES, by his Guardian ad Litem, JOHN SANDLES, Appellant, *v.* MORRIS LEVENSON, Respondent.

*Sandles* v. *Levenson*, 78 App. Div. 306, affirmed.
(Argued November 12, 1903; decided December 1, 1903.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 30, 1903, affirming a judgment in favor of defend-